IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KAREN DALL AND JAMES DALL,**

    **Plaintiffs,**

  -vs-

**TRI STAR PETRO SERV, INC.,**
**and RYAN ROGERS,**

    **Defendants.**                  **NO. 10-CV-576-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 21, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                        **NANCY J. ROSENSTENGEL,**
                        **CLERK OF COURT**

                        **BY:**       **/s/*Sandy Pannier***
                                  **Deputy Clerk**

Dated: March 24, 2011

Digitally signed by David R. Herndon
Date: 2011.03.24 12:09:55 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT